UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 9:23-cr-833 |
| | ) | |
| | ) | |
| | ) | 18 U.S.C. § 2232 |
| v. | ) | 18 U.S.C. § 2 |
| | ) | |
| | ) | |
| **PETER J. STRAUSS** | ) | **INFORMATION** |
| | ) | |

**COUNT 1**
**(Removal of Property to Prevent Seizure)**

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 15, 2019, in the District of South Carolina, the Defendant, **PETER J. STRAUSS**, after the lawful search and seizure of property by the Federal Bureau of Investigation and the Internal Revenue Service, knowingly transferred and aided and abetted the transfer of $3,000,000 from Jeff Carpoff, and took action for the purpose of preventing or impairing the Government's lawful authority to take such property into its custody or control;

In violation of Title 18, United States Code, Section 2232(a) and 2.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *[signature]*
Emily Evans Limehouse (Fed. ID #12300)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.:   (843) 727-4381
Fax:   (843) 727-4443
Email: Emily.Limehouse@usdoj.gov