AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 9:23-cr-00833-RMG |
| Peter J Strauss | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/6/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

JOSEPH P. GRIFFITH, JR
*Printed name of defendant's attorney*

_____
*Judge's signature*

Richard M. Gergel, U.S. District Judge
*Judge's printed name and title*