IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**BEAUFORT DIVISION**

**United States of America**

vs                                                            CR NO. 9:23-833

**Peter J. Strauss**

## PLEA

The defendant, **Peter J. Strauss,** acknowledges receipt of a copy of the **Information** and after arraignment pleads **GUILTY** to the **Information** in open court.

_____
(Signed) Defendant

Charleston, South Carolina

November 6, 2023