IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>vs. )<br>)<br>Peter J. Strauss, )<br>)<br>Defendant. )<br>)<br>_____) | Criminal No. 9:23-833-RMG<br><br><br><br>**ORDER** |

This matter comes before the Court on Defendant's motion for permission for vacation travel to Playa del Carmen, Mexico from December 30, 2023 through January 4, 2024. (Dkt. No. 34). Defendant pled guilty before this Court on November 6, 2023, and his bond provides that he may travel outside of South Carolina only with the permission of the United States Probation Officer. (Dkt. No. 19 at 2). Defendant's probation officer has informed him that he must obtain court permission to travel. (Dkt. No. 34 at 2).

Defendant pled guilty on November 6, 2023 to a single federal count of knowingly transferring and aiding and abetting the transfer of funds of a client for the purpose of preventing or impairing the Government's lawful seizure of the client's assets. (Dkt. Nos. 2, 24). The Court is informed that Defendant has been fully in compliance with the conditions of his bond and has made all court appearances. The Court is further informed that the Government and Probation do not oppose the motion. (Dkt. No. 34 at 6).

The Court grants Defendant's motion to travel to Playa del Carmen, Mexico from December 30, 2023 until January 4, 2024. (Dkt. No. 34). The conditions of Defendant's bond shall otherwise remain in full force and effect.

**AND IT IS SO ORDERED**.

1

2

 s/Richard M. Gergel
Richard Mark Gergel
United States District Judge

December 19, 2023
Charleston, South Carolina