UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:23-cr-00833-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| PETER J. STRAUSS | ) | |

## MOTION TO AUTHORIZE CLERK TO ACCEPT PAYMENT OF FUNDS

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves the Court to authorize and to order the Clerk, United States District Court, to accept payment of funds submitted on behalf of the Defendant, Peter J. Strauss, prior to his sentencing hearing. The Defendant has agreed to disburse funds towards the payment of restitution, which the Defendant anticipates to be ordered by the Court in this criminal matter. Counsel for the Defendant is awaiting authorization to disburse funds to the Court. The government hereby moves that the Clerk, United States District Court, be authorized and ordered to accept payment of funds submitted on behalf of the Defendant, Peter J. Strauss, and to hold the funds until further order of the Court directing disbursement of said funds.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _s/ Emily Evans Limehouse_
Emily Evans Limehouse (#12300)
Assistant U.S. Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401-2238
(843) 727-4381

February 29, 2024